M. Erik Clark, 188693
**Borowitz & Clark, LLP**
100 N. Barranca Avenue, Suite 250
West Covina, CA  91791
Telephone:  (626) 332-8600
Facsimile:  (626) 332-8644

Attorney for Debtor(s)
Alfredo and Kathy Rodriguez



FILED & ENTERED

JUN 28 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sapronet DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>ALFREDO RODRIGUEZ<br><br>AND<br><br>KATHY RODRIGUEZ,<br><br>Debtor[s]. | Case No.: Case No.: 6:10-bk-22296-DS<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY**<br><br>Date:   June 1, 2010<br>Time:  1:30 pm.<br>Place:  3420 12th Street, Courtroom 302<br>           Riverside, CA, 92501 |

A hearing regarding the "Motion to Determine Secured Value of Real Property and To Stay Post Petition Payments to U.S. Bank" (the "Motion") filed by Alfredo and Kathy Rodriguez (the "Debtors") was held at the above-referenced date and time; appearances were as stated on the record.  Having reviewed the Motion and all papers submitted in support thereof; no opposition thereto having been filed; and good cause appearing therefor, it is hereby:

ORDERED that the claim secured by the *second* deed of trust against the real property described in the Motion (the "Property") will be treated as an unsecured nonpriority claim pursuant to the provisions of the Debtors' chapter 13 plan and any Court-approved modifications thereto (the "Plan"), such that the claim will be paid *pro rata* with other allowed unsecured nonpriority claims; and it is further

ORDERED that upon the completion of all payments under the Plan and upon entry of a discharge pursuant to 11 U.S.C. § 1328 in this case, the lien arising from the *second* deed of trust against the Property will be void and will not constitute an encumbrance on the Property; and it is further

ORDERED that the beneficiary of the *second* trust deed will retain its lien against the Property to the extent recognized by applicable nonbankruptcy law unless and until the Debtor fully performs under the Plan and receives a discharge pursuant to 11 U.S.C. § 1328.

###

DATED: June 28, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 N. Barranca Avenue, Suite 250, West Covina, CA 91791**

A true and correct copy of the foregoing document described **Order Granting Debtors' Motion to Determine Secured Value of Real Property; To Stay Post Petition Payments to U.S. Bank** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **June 24, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 24, 2010 | Alma Polanco | /s/ Alma Polanco |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SECOND LIEN HOLDER**
US Bank Home Mortgage
Attention: Bankruptcy Department

P.O. Box 5227
Cincinnati, OH 45226


US Bank
Richard K Davis/President/CEO
800 Nicollet Mall
Minneapolis, MN 55402

**FIRST DEED OF TRUST HOLDER**
U.S. Bank Home Mortgage
3121 Michaelson Drive
Irvine, CA 92612


US Bank Home Mortgage
P.O. Box 6060
Newport Beach, CA 92658-6060


**DEBTOR(S)**
Alfredo & Kathy Rodriguez
17968 Dorsey Way
Fontana, CA 92335

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify)  **Order Granting Debtor's Motion to Determine Secured Value of Real Property; To Stay Post Petition Payments U.S. Bank**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:


**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  June 24, 2010 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Michael E. Clark:** notices@blclaw.com
**Rod Danielson:** notice-efile@rodan13.com
**United States Trustee:** ustpregion16.rs.ecf@usdoj.gov


☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:




☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:



☒ Service information continued on attached page

**TO BE SERVED BY THE LODGING PARTY**

**SECOND LIEN HOLDER**
US Bank Home Mortgage
Attention: Bankruptcy Department
P.O. Box 5227
Cincinnati, OH 45226

US Bank
Richard K Davis/President/CEO
800 Nicollet Mall
Minneapolis, MN 55402

**FIRST DEED OF TRUST HOLDER**
U.S. Bank Home Mortgage
3121 Michaelson Drive
Irvine, CA 92612

US Bank Home Mortgage
P.O. Box 6060
Newport Beach, CA 92658-6060

**DEBTOR(S)**
Alfredo & Kathy Rodriguez
17968 Dorsey Way
Fontana, CA 92335

**ATTORNEY FOR DEBTOR**
M. Eric Clark
100 N. Barranca Ave., Suite 250
West Covina, CA 91791